3

**Notice to Counsel: Under F.R.C.P. Rule 4(d)(4),(5) and 45 C.F.R. Part 4 services on the government of the summons and complaint must be made as follows:(1) By certified or registered mail to the Attorney General of the United States at Washington, DC, and (2) By delivery to the United States Attorney for this district and (3) By mail to the General Counsel, 200 Independence Ave., SW, Washington, DC 20201.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Kenneth Griffin Jr.
Plaintiff

v.

CIVIL ACTION NO. 04cv1850

Social Security Administration Defendant

FILED
MAY 11 2004
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

**COMPLAINT**

1. The plaintiff, who is a resident of Philadelphia (City), Pennsylvania (State), seeks judicial review pursuant to 42 U.S.C. 405(g) of an adverse decision of the defendant which has become final and bears the following caption:

**In the case of**

Kenneth Griffin Jr.
Claimant

______
Wage Earner

**Claim for**

Kenneth Griffin Jr.

2. Plaintiff has exhausted administrative remedies.

WHEREFORE, plaintiff seeks a judgment for such relief as may be proper including costs and attorney's fees.

*Attorney for Plaintiff (Signature)*

*Attorney Name (Typed)*

*Address*

*Telephone*

*Address*

*Date*

Civ 655 (10/02)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Kenneth Griffin Jr.
Plaintiff

v.

CIVIL ACTION NO. 04cv1850

Social Security Administration Defendant

In accordance with Local Civil Rule 5.1.3 (reproduced below) personal identifiers, such as the social security number should not be included in the complaint. Therefore, please completed the information below for processing of this civil action. This form will be maintained in the case file but will not be entered on the Electronic Case Filing database.

| **In the case of** | **Claim for** |
|---|---|
| Kenneth Griffin Jr. | |
| Claimant | |
| | 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 |
| Wage Earner | Social Security Number |
| | |
| Social Security Account No. | |

**Rule 5.1.3. *Modification or Redaction of Personal Identifiers* -- As documents in civil cases may be made available for personal inspection in the office of the clerk of court at the United States Courthouse, or, if filed electronically, may be made available on the court's Electronic Case Filing system, such personal identifiers as Social Security numbers, dates of birth, financial account numbers and names of minor children should be modified or partially redacted in all documents filed either in traditional paper form or electronically.**

**Local Civil Rule 5.1.3 is prompted by the inclusion of a similar provision in the court's *Procedural Order on Electronic Case Filing*, at Section 11(b), *Public Access*, cautioning litigants that "documents in civil cases should be made available electronically to the same extent that they are available for personal inspection in the office of the clerk of court at the U.S. Courthouse." Thus, having this provision apply to all civil cases, whether filed traditionally or electronically, will avoid the need for litigants to file documents under two separate standards of privacy protection.**